AOC-E-105 Rev. 9-14 Sum Code: CI

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **24-CI-00048**
Court: **CIRCUIT**
County: **SCOTT**

*Plantiff,* **WHITAKER, WILLIAM VS. THE LINCOLN NATIONAL LIFE INSURANCE CO**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is THE LINCOLN NATIONAL LIFE INSURANCE CO.

The Commonwealth of Kentucky to Defendant:
**THE LINCOLN NATIONAL LIFE INSURANCE CO.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Scott Circuit Clerk
Date: **1/16/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: 716696448461234@90005578794
CIRCUIT: 24-CI-00048 Certified Mail
WHITAKER, WILLIAM VS. THE LINCOLN NATIONAL LIFE INSURANCE CO

EXHIBIT
A



eFiled

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
CIVIL ACTION NO ______________
*Electronically Filed*

WILLIAM WHITAKER PLAINTIFF

vs. **COMPLAINT**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

Serve:
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

** ** ** ** ** ** ** ** ** **

Comes the Plaintiff, by counsel, and for his Complaint against Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), hereby states as follows:

1. This is an action brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, to recover, *inter alia*, wrongfully withheld long-term disability ("LTD") and life insurance waiver of premium ("WOP") benefits.
2. Plaintiff William Whitaker ("Plaintiff") is and was at all relevant times a citizen and resident of Kentucky and was employed in Scott County, Kentucky.
3. Lincoln is an insurance company domiciled in the state of Indiana, where it is a citizen and resident, and it is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. Lincoln's service of process agent is Corporation Service Company, 421 West Main Street, Frankfort, KY 40601, and Lincoln may be served through said service of process agent.
4. Jurisdiction is proper in this Court because Defendant transacted business, entered into the plan at issue, a contract, and/or issued a policy of insurance in, and caused damages in Scott

County, Kentucky, and because Plaintiff was employed in Scott County and the subject Policy was entered into and to be performed in Scott County.

5. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Qualex Manufacturing ("Qualex") in Scott County, Kentucky, where he worked as a team leader since on or about April 25, 2016.
6. Lincoln supplied and issued a policy of insurance (Policy No. 00001025800100000) (the "Policy") to employees of Qualex, whereby Plaintiff obtained coverage and became insured for LTD insurance/coverage, as well as life insurance coverage with WOP benefit.
7. The Policy provide for monthly LTD benefit payments, based on a percentage of Plaintiff's pre-disability earnings, when Plaintiff becomes disabled as defined under the Policy.
8. The Policy also provides for WOP benefits, whereby Lincoln is to waive the premiums for Plaintiff's life insurance coverage when he becomes disabled as defined under the Policy.
9. Plaintiff, while working at Qualex, became totally disabled as defined under the Policy, and remains totally disabled under the terms of the Policy. His conditions include, but are not limited to: post-COVID syndrome, transient loss of consciousness, paroxysmal atrial fibrillation, premature ventricular contraction, syncopal episodes, unstable angina, GERD, kidney stone(s), esophagitis, dyspnea, and heart palpitations.
10. Plaintiff's last day of work at Qualex was on or about October 16, 2020, when he became totally disabled as defined under the Policy.
11. Plaintiff was, and remains, unable to perform the material duties of his own occupation and any other occupation, since on or about October 16, 2020, and he satisfies the definition of total disability under the Policy and its "own occupation" and "any occupation" standards.

12. Plaintiff applied, and made a claim, for LTD and WOP benefits with Defendant in a timely and proper fashion, in the manner outlined in the Policy. The applicable LTD and WOP claim numbers are 1210003860 and 1210038240.
13. Plaintiff provided sufficient proof, including medical evidence, that he is disabled under the terms of the Policy and entitled to LTD and WOP.
14. Lincoln denied Plaintiff's LTD claim by letter dated October 15, 2021, and Lincoln also denied Plaintiff's WOP claim, and Plaintiff timely appealed the denials, in the manner and terms set forth under the Policy.
15. In support of his appeals, Plaintiff submitted additional medical documentation, along with videos of his syncopal episodes.
16. Lincoln upheld its LTD denial (by letter dated March 17, 2023) and upheld its WOP denial.
17. Plaintiff properly and timely, and in the manner set forth in the Policy, again appealed Lincoln's LTD and WOP denials, by letter dated August 7, 2023.
18. Lincoln confirmed that it received the second level appeal on August 14, 2023.
19. To date, Lincoln has failed to render a decision on the LTD and WOP claims at the second-appeal-level.
20. Lincoln has failed to render a timely decision on the second-level appeal in accordance with ERISA and applicable law.
21. Accordingly, Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law and is entitled to file this suit.
22. Plaintiff is entitled to LTD and WOP benefits under the terms of the Policy, due to his total disability, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff and waive premiums under the life policies.

23. Defendant should be enjoined from ceasing LTD benefit payments under the contract, and from ceasing waiving premiums under the life policies.

24. Under ERISA, the decisions made by Defendant to deny Plaintiff's claims were wrong, arbitrary and capricious, and against the overwhelming evidence provided to Defendant, which entitles Plaintiff to recovery of benefits under the Policy, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).[1]

25. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief against Defendant:

1. Pursuant to ERISA, judgment against Lincoln for full benefits under the Policy and plan (including, but not necessarily limited to, all LTD benefits wrongfully withheld), waiver of all premiums (past and future) under the life insurance policies, as well as attorney's fees, pre-judgment and post-judgment interest, and costs;

2. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

*<u>/s/ Bartley K. Hagerman</u>*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

[1] Plaintiff submits that the *de novo* standard of review applies to the LTD and WOP claims, due to Lincoln's failure to timely render a decision on the appeal as required by ERISA, and due to an insufficient grant of discretion in the applicable plan document(s).

Tina Foster, Scott Circuit Clerk
119 N. Hamilton Street
Georgetown, KY 40324-1784

Case Number: 24-CI-00048

USPS CERTIFIED MAIL

9236 0901 9403 8345 1986 82

Restricted Delivery

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601
Case Number: 24-CI-00048

## KCOJ eFiling Cover Sheet

Case Number: 24-CI-00048
Envelope Number: 7166964
Package Retrieval Number: 716696448461234@90005578794
Service by: Certified Mail
Service Fee: $ 0.00
Postage Fee: $ 15.63

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.









ackage : 000001 of 000008