**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **WILLIAM WHITAKER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:24cv00028-KKC** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*</u>**

On behalf of Defendant, The Lincoln National Life Insurance Company, Iwana Rademakers has moved the Court for the admission pro hac vice. The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Ms. Rademaekers has consented to the jurisdiction and rules of the Kentucky Supreme Court. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby ORDERED as follows:

1. The Motion for Admission Pro Hac Vice is GRANTED; and

2. Iwana Rademaekers is ADMITTED pro hac vice as counsel for Defendant, The Lincoln National Life Insurance Company, in the above styled action.

February 5, 2024

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY