UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

WILLIAM WHITAKER,

Plaintiff,

v.

Case No. 5:24-cv-00028-KKC

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Defendant The Lincoln National Life Insurance Company ("Lincoln") respectfully requests that the Court substitute Michael Mohler of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as counsel of record for Lincoln in this action, and withdraw Iwana Rademaekers of the Law Offices of Iwana Rademaekers, P.C.

This substitution will not prejudice Lincoln and will not serve to delay this matter in any way. Mr. Mohler is aware of, and will comply with, all pending deadlines in this case. Mr. Mohler is a member in good standing of the United States District Court for the Eastern District of Kentucky.

Respectfully submitted this 5 day of February, 2024.

/s/ Michael C. Mohler
Michael C. Mohler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N Meridian Street, Suite 2700
Indianapolis, IN 46204
317-916-1300
317-916-9076 *(facsimile)*
michael.mohler@ogletree.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, the foregoing was served via the Court's electronic filing system upon the following:

Philip G. Fairbanks
pgf@austinmehr.com
Bartley K. Haberman
bkh@austinmehr.com
Mehr Fairbanks Trial Lawyers, PLLC

Iwana Rademaekers
iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.

/s/ Michael C. Mohler