UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

WILLIAM WHITAKER,

Plaintiff,

v.

Case No. 5:24-cv-00028-KKC

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

**AGREED ORDER**
**EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

As evidenced by the signatures of counsel below, the parties have agreed that the deadline for Defendant, The Lincoln National Life Insurance Company, to answer, move or otherwise respond to Plaintiff's Complaint shall be extended from February 5, 2024 to March 11, 2024.

IT IS ACCORDINGLY ORDERED that the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to March 11, 2024.

So Ordered this ____ day of ____________________, 2024.

Respectfully submitted,

*s/ Michael Mohler*____________________
Michael Mohler, KY Bar No. 98333
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*michael.mohler@ogletree.com*
Attorney for Defendant The Lincoln National Life Insurance Company

*/s/ Bartley K. Hagerman (w/ permission)*
Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
*bkh@austinmehr.com*
Attorney for Plaintiff Annette Ornelas