UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

WILLIAM WHITAKER,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 5:24-cv-00028-KKC

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Life Insurance Company of North America ("LINA"), by its undersigned counsel, makes the following disclosure:

Life Insurance Company of North America declares that it is not a publicly held corporation or other publicly held entity. LINA is a subsidiary of New York Life Insurance Company. New York Life Insurance Company is not a subsidiary of any other company that owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted this 11th day of March, 2024.

/s/ Michael C. Mohler
Michael C. Mohler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N Meridian Street, Suite 2700
Indianapolis, IN 46204

317-916-1300
317-916-9076 *(facsimile)*
michael.mohler@ogletree.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 11th day of March, 2024, the foregoing was served via the Court's electronic filing system upon the following:

Philip G. Fairbanks
pgf@austinmehr.com
Bartley K. Haberman
bkh@austinmehr.com
MEHR FAIRBANKS TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

/s/ Michael C. Mohler