UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:24-cv-28-KKC
*Electronically Filed*

WILLIAM WHITAKER PLAINTIFF

vs. **JOINT MOTION TO EXTEND DEADLINES**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

** ** ** ** ** ** ** ** ** **

Come the Plaintiff, William Whitaker, and the Defendant, The Lincoln National Life Insurance Company, by and through their respective counsel, and hereby jointly move the Court to extend the deadlines in the Court's March 12, 2024 Order by thirty (30) days. In support of this motion, the parties state as follows:

The parties are currently engaged in settlement negotiations and have scheduled mediation to occur on April 15, 2024. In the event the parties are able to settle this matter at mediation, that would obviate the need to brief the standard of review issue (currently due April 11, 2024)[1] and to begin the process of drafting dispositive briefs. Therefore, the parties respectfully request that the Court extend each of the deadlines set forth in the Court's March 12, 2024 Order by thirty (30) days, to give the parties an opportunity to mediate the case on April 15, 2024.

This motion is not made for purposes of delay, but is made in the interest of efficiency and judicial economy. Wherefore, the parties jointly move the Court to grant this motion and enter the attached proposed order.

[1] Counsel for the parties have conferred and do not agree on the standard of review, so that issue will need to be briefed in the event a settlement cannot be reached.

Jointly submitted by:

*/s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

*/s/ Michael C. Mohler (w/permission by BKH)*
MICHAEL C. MOHLER
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: michael.mohler@ogletree.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court using the Court's e-filing system, which will send electronic notice to the following recipients, on this 27th day of March, 2024:

- **Philip G. Fairbanks**
pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Bartley K. Hagerman**
bkh@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Michael Carl Mohler**
michael.mohler@ogletree.com,benjamin.sears@ogletree.com,inddocketing@ogletree.com,ann.andrews@ogletree.com,rosie.ramsey@ogletree.com

**Manual Notice List**

- None

*Bartley K. Hagerman*
BARTLEY K. HAGERMAN