UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:24-cv-28-KKC
*Electronically Filed*

WILLIAM WHITAKER PLAINTIFF

vs. **ORDER**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

** ** ** ** ** ** ** ** ** **

This matter having come before the Court on the parties' joint motion to extend the deadlines in the Court's March 12, 2024 Order by thirty (30) days, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the motion (DE #13) is GRANTED. Each of the deadlines in the Court's March 12, 2024 Order is hereby extended by thirty (30) days.

This 29th day of March, 2024.

Karen K. Caldwell

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY