UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:24-cv-28-KKC
*Electronically Filed*

WILLIAM WHITAKER PLAINTIFF

vs. **JOINT NOTICE OF SETTLEMENT**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

** ** ** ** ** ** ** ** ** **

Come the Plaintiff, William Whitaker, and the Defendant, The Lincoln National Life Insurance Company, by and through their respective counsel, and hereby jointly notify the Court that a settlement in principle has been reached in this matter. The parties respectfully request that the Court hold all deadlines in abeyance and allow the parties thirty (30) days to finalize the settlement and file a stipulation of dismissal.

Jointly submitted by:

*/s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

*/s/ Michael C. Mohler (w/permission by BKH)*
MICHAEL C. MOHLER
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: michael.mohler@ogletree.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court using the Court's e-filing system, which will send electronic notice to the following recipients, on this 30th day of April, 2024:

- **Philip G. Fairbanks**
pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Bartley K. Hagerman**
bkh@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Michael Carl Mohler**
michael.mohler@ogletree.com,benjamin.sears@ogletree.com,inddocketing@ogletree.com,ann.andrews@ogletree.com,rosie.ramsey@ogletree.com

**Manual Notice List**

- None

*Bartley K. Hagerman*
BARTLEY K. HAGERMAN