UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

WILLIAM WHITAKER,

Plaintiff,

v.

Case No. 5:24-cv-00028-KKC

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff William Whitaker and defendant The Lincoln National Life Insurance Company, by and through undersigned counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear their own costs and attorney fees. The Court shall retain continuing jurisdiction over the Settlement Agreement.

Respectfully submitted this 9th day of May, 2024.


*/s/ Michael Mohler*
Michael Mohler, KY Bar No. 98333
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
michael.mohler@ogletree.com
*Attorneys for Defendant The Lincoln National Life Insurance Company*

*/s/ Bartley K. Hagerman*
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
bkh@austinmehr.com
*Attorneys for Plaintiff William Whitaker*