UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

WILLIAM WHITAKER,

Plaintiff,

v.

Case No. 5:24-cv-00028-KKC

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that this case is DISMISSED in its entirety, WITH PREJUDICE. The parties shall bear their own costs and attorney fees. The Court retains continuing jurisdiction over the Settlement Agreement.

This 13th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY